1 | Marc Van Der Hout, CA SBN 80778
2 | Van Der Hout LLP
  | 180 Sutter Street, Suite 500
3 | San Francisco, CA 94104
  | Tel: (415) 981-3000
4 | Fax: (415) 981-3003
  | ndca@vblaw.com

Jesse Newmark, CA SBN 247488
Lisa Knox, CA SBN 279406
Centro Legal de la Raza
3022 International Blvd., Suite 410
Oakland, CA 94601
Tel: (510) 437-1863
Fax: (510) 437-9164
jnewmark@centrolegal.org

*Attorneys for Plaintiffs-Petitioners*
*(Additional Counsel listed on following page)*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Esteban ALEMAN GONZALEZ, Jose Eduardo GUTIERREZ SANCHEZ, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> William P. BARR, Acting Attorney General, Department of Justice; Kirstjen NIELSEN, Secretary, Department of Homeland Security; James McHENRY, Director, Executive Office for Immigration Review, Department of Justice; MaryBeth KELLER, Chief Immigration Judge, Executive Office for Immigration Review, Department of Justice; David W. JENNINGS, Field Office Director for the San Francisco Field Office of U.S. Immigration and Customs Enforcement, Department of Homeland Security; David O. LIVINGSTON, Sheriff, Contra Costa County; Kristi BUTTERFIELD, Facility Commander, West County Detention Facility, Contra Costa County, <br><br> Defendants. | Case No. 3:18-CV-01869-JSC <br><br> **JOINT STIPULATION TO MODIFY THE COURT'S ORDER RE PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION, TO APPOINT ADDITIONAL CLASS COUNSEL AND ~~PROPOSED~~ ORDER** |

CASE NO. 3:18-CV-01869-JSC
STIPULATION TO MODIFY ORDER TO APPOINT ADDITIONAL CLASS COUNSEL

Matthew H. Green, AZ SBN 020827
Green Evans-Schroeder
130 West Cushing Street
Tucson, AZ 85701
Tel: (520) 882-8852
Fax: (520) 882-8843
matt@arizonaimmigration.net

Vasudha Talla, CA SBN 316219
American Civil Liberties Union
Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437
vtalla@aclunc.org

Michael Kaufman, CA SBN 254575
American Civil Liberties Union
Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Tel: (213) 977-5232
Fax: (213) 977-5297
mkaufman@aclusocal.org

Bardis Vakili, CA SBN 247783
American Civil Liberties Union Foundation
of San Diego and Imperial Counties
P.O. Box 87131
San Diego, CA 92138-7131
Tel: (619) 232-2121
Fax: (619) 232-0036
bvakili@aclusandiego.org

Judah Lakin, CA SBN 307740
Amalia Wille, CA SBN 293342
Lakin & Wille LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Tel: (510) 379-9216
Fax: (510) 379-9219
judah@lakinwille.com
amalia@lakinwille.com

Alison Pennington, CA SBN 231861
Immigrant Legal Defense
1322 Webster Street, Suite 300
Oakland, CA 94612
Tel: (510) 467-0655
Fax: (510) 890-3103
alison@immigrantlegaldefense.org

*Attorneys for Plaintiffs-Petitioners*

The parties hereby submit this Stipulation to Modify the Court's Order Re Plaintiffs' Motion for Class Certification and Preliminary Injunction, to Appoint Additional Class Counsel. In support, the parties represent the following:

1. On June 5, 2018, this Court issued an Order Re Plaintiffs' Motions for Class Certification and Preliminary Injunction ("Order"). [Dkt. 33].

2. The Court's Order, among other things, certified the proposed class and appointed Van Der Hout LLP[1], Centro Legal de la Raza, Matthew Green[2], ACLU-SC, ACLU-NC, and ACLU-SD as Class Counsel. [Dkt. 33 at 18].

3. In doing so, the Court recognized the immigration and class action litigation experience of attorneys Judah Lakin, Amalia Wille, and Alison Pennington, then attorneys at Van Der Hout LLP and Centro Legal de la Raza. [Dkt. 33 at 11].

4. Judah Lakin and Amalia Wille have since joined the law firm Lakin & Wille LLP, and Alison Pennington joined the nonprofit organization Immigrant Legal Defense.

5. Both Lakin & Wille LLP and Immigration Legal Defense provide immigration and class action legal services in the Northern District of California.

6. Plaintiffs and Class Counsel believe that it is in the best interests of Plaintiffs and the Class to appoint Lakin & Wille LLP and Immigrant Legal Defense as additional class counsel, so that attorneys Judah Lakin, Amalia Wille, and Alison Pennington can continue to bring their expertise and experience, and the expertise and experience of the other attorneys at their respective organizations, to this case. Defendants do not dispute the adequacy of counsel at this time.

7. Defendants do not oppose and therefore stipulate to Plaintiffs' request to appoint Lakin & Wille LLP and Immigrant Legal Defense as additional class counsel.

---

[1] At the time of the June 5, 2018 order, the firm Van Der Hout LLP was named Van Der Hout, Brigagliano & Nightingale LLP. The same entity has since changed its name to Van Der Hout LLP.
[2] At the time of the June 5, 2018 order, Matthew Green worked at The Law Offices of Matthew Green. That entity has since has since changed its name to Green Evans-Schroeder.

8. The parties therefore jointly request that the Court enter the accompanying Order Modifying the Court's Order Re Plaintiffs' Motion for Class Certification and Preliminary Injunction, to Appoint Additional Class Counsel.

Dated: January 9, 2020   Respectfully submitted,

By: s/Amalia Wille[3]
Amalia Wille
Judah Lakin
LAKIN & WILLE LLP

Alison Pennington
IMMIGRANT LEGAL DEFENSE

Marc Van Der Hout
VAN DER HOUT LLP

Jesse Newmark
Lisa Knox
CENTRO LEGAL DE LA RAZA

Matthew H. Green
GREEN EVANS-SCHROEDER

Michael Kaufman
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA

Vasudha Talla
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

Bardis Vakili
AMERICAN CIVIL LIBERTIES UNION
SAN DIEGO AND IMPERIAL COUNTIES

*Attorneys for Plaintiffs-Petitioners*

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY

---

[3] Per Civil L.R. 5-1(i), I attest that I obtained concurrence in the filing of this documents from each of the other signatories.

Director, Office of Immigration Litigation –
District Court Section

ELIANIS PEREZ
Assistant Director, Office of Immigration Litigation – District Court Section

s/Matthew Seamon
MATTHEW P. SEAMON
CARA E. ALSTERBERG
MARY L. LARAKERS
Trial Attorneys
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4667
Fax: (202) 305-7000
Email: Cara.E.Alsterberg@usdoj.gov

*Attorneys for Defendants*

[~~PROPOSED~~] ORDER

Pursuant to Stipulation, and the Court having considered the adequacy of the proposed additional class counsel, and finding good cause, IT IS ORDERED THAT Lakin & Wille LLP and Immigration Legal Defense are hereby appointed as additional Class Counsel in this action.

DATE: January 10, 2020

_____
The Honorable Jacqueline Scott Corley
United States Magistrate Judge

3     CASE NO. 3:18-CV-01869-JSC
STIPULATION TO MODIFY ORDER TO ADD CLASS COUNSEL