BRETT A. SHUMATE
Assistant Attorney General
Civil Division, U.S. Department of Justice
ELIANIS N. PEREZ
Assistant Director
CARA E. ALSTERBERG
MARY L. LARAKERS
MATTHEW P. SEAMON
Senior Litigation Counsel
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-2648
Fax: (202) 305-7000
E-mail: Matthew.Seamon2@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Esteban ALEMAN GONZALEZ; Jose Eduardo GUTIERREZ SANCHEZ,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>Pamela J. BONDI, Attorney General, Department of Justice; Kristi NOEM, Secretary, Department of Homeland Security; Sirce E. OWEN, Acting Director, Executive Office for Immigration Review, Department of Justice; Anne C. LITTLE, Acting Chief Immigration Judge, Executive Office for Immigration Review, Department of Justice; Moises W. BECERRA, Field Office Director for the San Francisco Field Office of U.S. Immigration and Customs Enforcement, Department of Homeland Security,<br><br>    Defendants. | Case No. 3:18-CV-01869-JSC<br><br>JOINT STIPULATION TO VACATE PRELIMINARY INJUNCTION AND STAY CASE AND [PROPOSED] ORDER |

Through this stipulation, the parties respectfully request that the Court vacate the preliminary injunction (ECF No. 33 at 13-19) pursuant to the Supreme Court's decision in *Garland v. Aleman Gonzalez*, 596 U.S. 543 (2022). The parties further request that the Court stay further proceedings in this case while the parties litigate defendants' forthcoming motions to vacate the permanent injunction and to decertify the class in the parallel case in the Western District of Washington, *Flores Tejada v. Asher*, No. 2:16-01454-TL (W.D. Wash.). The parties will file a joint status report with the Court within thirty (30) days after a decision is issued on both aforementioned motions.

DATED: February 2, 2026

VAN DER HOUT LLP

*/s/ Marc Van Der Hout*[1]
MARC VAN DER HOUT
JOHNNY SINODIS
Attorneys for Plaintiffs

DATED: February 2, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIANIS PEREZ
Assistant Director

*/s/ Matthew P. Seamon*
MATTHEW P. SEAMON
CARA E. ALSTERBERG
MARY L. LARAKERS
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Washington, DC 20044
Telephone: (202) 598-2648
Facsimile: (202) 305-7000
Matthew.Seamon2@usdoj.gov

---

[1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Esteban ALEMAN GONZALEZ; Jose Eduardo GUTIERREZ SANCHEZ,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>Pamela J. BONDI, Attorney General, Department of Justice; Kristi NOEM, Secretary, Department of Homeland Security; Sirce E. OWEN, Acting Director, Executive Office for Immigration Review, Department of Justice; Anne C. LITTLE, Acting Chief Immigration Judge, Executive Office for Immigration Review, Department of Justice; Moises W. BECERRA, Field Office Director for the San Francisco Field Office of U.S. Immigration and Customs Enforcement, Department of Homeland Security,<br><br>    Defendants. | Case No. 3:18-CV-01869-JSC<br><br>[PROPOSED] ORDER TO VACATE PRELIMINARY INJUNCTION AND STAY CASE |

Upon consideration of the parties' joint stipulation to vacate preliminary injunction and stay case (ECF No. 154), and for good cause shown, the stipulation is **GRANTED**. The Court **VACATES** the preliminary injunction (ECF No. 33 at 13-19) in this case. This case is hereby **STAYED** pending further litigation in *Flores Tejada v. Asher*, No. 2:16-01454-TL (W.D. Wash.). The Court further orders that a joint status report is due no more than thirty (30) days after a decision is issued on the defendants' motions to vacate the permanent injunction and to decertify the class in *Flores Tejada v. Asher*.

DATED: February __, 2026

                                                                                            Jacqueline Scott Corley
                                                                                            United States District Judge