UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Esteban ALEMAN GONZALEZ; Jose Eduardo GUTIERREZ SANCHEZ, | Case No. 3:18-CV-01869-JSC |
| Plaintiffs-Petitioners, | |
| v. | [~~PROPOSED~~] ORDER TO VACATE PRELIMINARY INJUNCTION AND STAY CASE |
| Pamela J. BONDI, Attorney General, Department of Justice; Kristi NOEM, Secretary, Department of Homeland Security; Sirce E. OWEN, Acting Director, Executive Office for Immigration Review, Department of Justice; Anne C. LITTLE, Acting Chief Immigration Judge, Executive Office for Immigration Review, Department of Justice; Moises W. BECERRA, Field Office Director for the San Francisco Field Office of U.S. Immigration and Customs Enforcement, Department of Homeland Security, | |
| Defendants. | |

Upon consideration of the parties' joint stipulation to vacate preliminary injunction and stay case (ECF No. 154), and for good cause shown, the stipulation is **GRANTED**. The Court **VACATES** the preliminary injunction (ECF No. 33 at 13-19) in this case. This case is hereby **STAYED** pending further litigation in *Flores Tejada v. Asher*, No. 2:16-01454-TL (W.D. Wash.). The Court further orders that a joint status report is due no more than thirty (30) days after a decision is issued on the defendants' motions to vacate the permanent injunction and to decertify the class in *Flores Tejada v. Asher*.

DATED: February 3, 2026

_____
Jacqueline Scott Corley
United States District Judge

JOINT STIPULATION TO VACATE INJUNCTION AND STAY CASE
3:18-CV-01869